UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

DOCKETED
JAN 23 2002

UNITED STATES OF AMERICA )
)
vs. ) No. 01 CR 50037
) Violations: Title 18, United States
EARL KING, ) Code, Sections 1341, 1343 and 1344
JEFFREY K. WILLIAMS, )
JERROD O. ROGERS, ) **SUPERSEDING INDICTMENT**
RICHARD A. ROGERS, )
EDWIN PETROVICH and )
QIANA N. HERNANDEZ )

### COUNT ONE

The JUNE 2001 GRAND JURY charges:

1.  At all times material to this indictment:

    (a)  Harris Trust and Savings Bank (hereinafter, "Harris Bank") was a financial institution whose deposits were insured by the Federal Deposit Insurance Corporation. Harris Bank had facilities located in Crystal Lake, Illinois, McHenry, Illinois, Chicago, Illinois, and elsewhere.

    (b)  Citibank Federal Savings Bank (hereinafter, "Citibank") was a financial institution whose deposits were insured by the Federal Deposit Insurance Corporation. Citibank had facilities located at 225 West Virginia Avenue in Crystal Lake, Illinois, and elsewhere.

    (c)  Home State Bank, N.A., was a financial institution whose deposits were insured by the Federal Deposit Insurance Corporation. Home State Bank had facilities located at 40 Grant Street in Crystal Lake, Illinois, and elsewhere.

(d) NetBank was a financial institution whose deposits were insured by the Federal Deposit Insurance Corporation. NetBank was an internet bank with its principal offices located in Alpharetta, Georgia.

(e) Bank One, N.A., was a financial institution whose deposits were insured by the Federal Deposit Insurance Corporation. Bank One had facilities located in McHenry County, Illinois, and elsewhere.

(f) TCF National Bank, Illinois, was a financial institution whose deposits were insured by the Federal Deposit Insurance Corporation. TCF National Bank had facilities located at 6140 Northwest Highway in Crystal Lake, Illinois, and elsewhere.

(g) First Midwest Bank, N.A., was a financial institution whose deposits were insured by the Federal Deposit Insurance Corporation. First Midwest Bank had bank facilities located at 3510 West Elm Street in McHenry, Illinois, and elsewhere.

(h) State Financial Bank was a financial institution whose deposits were insured by the Federal Deposit Insurance Corporation. State Financial Bank had facilities located at 10910 Main Street in Richmond, Illinois, and elsewhere.

(i) OneCore.com (hereinafter, "OneCore") was the internet securities brokerage of One Core Securities, Inc., a securities brokerage firm with its principal offices in Bedford, Massachusetts.

2. C.M.B. Construction was an Illinois corporation formed on November 10, 1999, by defendant JEFFREY K. WILLIAMS, purportedly to purchase, rehabilitate and resell residential properties. Defendant JEFFREY K. WILLIAMS was a director of C.M.B. Construction, and defendant EARL KING was an officer of C.M.B. Construction. C.M.B. Construction, however, did

not actually purchase or rehabilitate any houses, rent office space, hire employees, or conduct any other business.

3. From on or after June 1, 1999, to at least August 10, 2000, at Crystal Lake, in the Northern District of Illinois, Western Division, and elsewhere,

> EARL KING,
> JEFFREY K. WILLIAMS,
> JERROD O. ROGERS, and
> RICHARD A. ROGERS,

defendants herein, and others known and unknown to the grand jury, knowingly devised and engaged in a scheme:

(a) to defraud financial institutions, in violation of Title 18, United States Code, Section 1344; and

(b) to defraud and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Sections 1341 and 1343.

4. It was the object of the scheme for the defendants to obtain tens of thousands of dollars by depositing checks they knew to be worthless into accounts they had opened at various banks or brokerage firms and withdrawing or transferring the monies represented by those checks before the banks or brokerage firms discovered that the checks were worthless.

5. It was a part of the scheme that one or more of the defendants would and did use small deposits to open "shell" accounts in their names and the name of C.M.B. Construction.

6. It was further part of the scheme that one or more of the defendants would and did write checks they knew to be worthless using fraudulently obtained credit card convenience checks

and checks drawn on the many shell accounts they had opened, all of which had insufficient funds to cover the checks they wrote.

7. It was further a part of the scheme that one or more of the defendants would deposit the worthless checks into one of the many shell accounts they had opened and that friends of the defendants acting at the defendants' request would deposit the worthless checks into their personal accounts.

8. It was further a part of the scheme that one or more of the defendants, or friends of the defendants acting at the defendants' request, would withdraw or transfer the monies represented by the worthless checks out of the accounts into which they had been deposited before the banks or brokerage firms discovered that they were worthless checks.

9. On or about December 2, 1999, in the Northern District of Illinois, and elsewhere,

JEFFREY K. WILLIAMS and
EARL KING,

defendants herein, for the purpose of executing the aforesaid scheme and attempting so to do, knowingly did cause to be transmitted by means of wire communication in interstate commerce from in or near Bedford, Massachusetts, to in or near Chicago, in the Northern District of Illinois, certain signals, namely a bank transfer in the amount of $55,000 from C.M.B. Construction's OneCore account to a friend's Harris Bank account number 9510064134;

In violation of Title 18, United States Code, Section 1343.

## COUNT TWO

The JUNE 2001 GRAND JURY further charges:

1. Paragraphs 1 through 8 of Count One are realleged and incorporated herein as if fully set forth.

2. On or about December 22, 1999, at Crystal Lake, in the Northern District of Illinois, Western Division, and elsewhere,

> EARL KING,
> JERROD O. ROGERS, and
> JEFFREY K. WILLIAMS,

defendants herein, knowingly executed and attempted to execute the above-described scheme to defraud federally insured financial institutions, namely Citibank and Home State Bank, by depositing and causing to be deposited into a friend's Citibank checking account a non-sufficient funds check drawn on the Home State Bank account of C.M.B. Construction in the amount of $27,000;

In violation of Title 18, United States Code, Section 1344.

## **COUNT THREE**

The JUNE 2001 GRAND JURY further charges:

1. Paragraphs 1 through 8 of Count One are realleged and incorporated herein as if fully set forth.

2. On or about December 28, 1999, at McHenry, in the Northern District of Illinois, Western Division,

EARL KING,

defendant herein, for the purpose of executing the aforesaid scheme and attempting to do so, knowingly did cause to be sent, delivered and moved by Airborne Express, a commercial interstate carrier, according to the direction thereon, an envelope containing a check made payable to himself and drawn on the Home State Bank account of C.M.B. Construction in the amount of $17,000, that envelope being addressed to:

> One Core.com
> 5 Oak Park Drive
> Bedford, MA 01730;

In violation of Title 18, United States Code, Section 1341.

## **COUNT FOUR**

The JUNE 2001 GRAND JURY further charges:

1. Paragraphs 1 through 8 of Count One are realleged and incorporated herein as if fully set forth.

2. On or about July 3, 2000, at McHenry, in the Northern District of Illinois, Western Division,

RICHARD A. ROGERS,

defendant herein, knowingly executed and attempted to execute the above-described scheme to defraud federally insured financial institutions, namely Harris Bank and Bank One, by depositing and causing to be deposited into defendant's Bank One account a check in amount of $4,200 that had been drawn on defendant's Harris Bank account;

In violation of Title 18, United States Code, Section 1344.

## **COUNT FIVE**

The JUNE 2001 GRAND JURY further charges:

1. Paragraphs 1 through 8 of Count One are realleged and incorporated herein as if fully set forth.

2. On or about July 7, 2000, at Chicago, in the Northern District of Illinois, and elsewhere,

EARL KING and
RICHARD A. ROGERS,

defendants herein, knowingly executed and attempted to execute the above-described scheme to defraud federally insured financial institutions, namely Harris Bank and NetBank, by depositing and causing to be deposited into defendant RICHARD A. ROGERS's Harris Bank account a non-sufficient funds check in amount of $4,800 that had been drawn on defendant EARL KING's NetBank account;

In violation of Title 18, United States Code, Section 1344.

## COUNT SIX

The JUNE 2001 GRAND JURY further charges:

1. Paragraphs 1 through 8 of Count One are realleged and incorporated herein as if fully set forth.

2. On or about July 7, 2000, at Crystal Lake, in the Northern District of Illinois, Western Division, and elsewhere,

> EARL KING and
> RICHARD A. ROGERS,

defendants herein, knowingly executed and attempted to execute the above-described scheme to defraud federally insured financial institutions, namely Harris Bank and NetBank, by depositing and causing to be deposited into defendant EARL KING's NetBank account a non-sufficient funds check in amount of $4,625 drawn on defendant RICHARD A. ROGERS's Harris Bank account;

In violation of Title 18, United States Code, Section 1344.

## COUNT SEVEN

The JUNE 2001 GRAND JURY further charges:

1. Paragraphs 1 through 8 of Count One are realleged and incorporated herein as if fully set forth.

2. On or about August 4, 2000, at Crystal Lake, in the Northern District of Illinois, Western Division,

RICHARD A. ROGERS,

defendant herein, knowingly executed and attempted to execute the above-described scheme to defraud federally insured financial institutions, namely TCF National Bank and Harris Bank, by depositing and causing to be deposited into his TCF National Bank account a non-sufficient funds check in amount of $8,750 that had been drawn on his closed Harris Bank account;

In violation of Title 18, United States Code, Section 1344.

## COUNT EIGHT

The JUNE 2001 GRAND JURY further charges:

1. Paragraphs 1 through 8 of Count One are realleged and incorporated herein as if fully set forth.

2. On or about August 1, 2000, at Crystal Lake, in the Northern District of Illinois, Western Division,

>EARL KING and
>RICHARD A. ROGERS,

defendants herein, knowingly executed and attempted to execute the above-described scheme to defraud federally insured financial institutions, namely Citibank and Bank One, by depositing and causing to be deposited into defendant RICHARD A. ROGERS's Citibank account a non-sufficient funds check in amount of $4,789 that had been drawn on defendant RICHARD A. ROGERS's Bank One account;

In violation of Title 18, United States Code, Section 1344.

## **COUNT NINE**

The JUNE 2001 GRAND JURY further charges:

1. Paragraphs 1 through 8 of Count One are realleged and incorporated herein as if fully set forth.

2. On or about August 3, 2000, at Crystal Lake, in the Northern District of Illinois, Western Division,

> EARL KING and
> RICHARD A. ROGERS,

defendants herein, knowingly executed and attempted to execute the above-described scheme to defraud federally insured financial institutions, namely Citibank and TCF National Bank, by depositing and causing to be deposited into defendant RICHARD A. ROGERS's Citibank account a non-sufficient funds check in amount of $4,975 that had been drawn on defendant RICHARD A. ROGERS's TCF National Bank account;

In violation of Title 18, United States Code, Section 1344.

## COUNT TEN

The JUNE 2001 GRAND JURY further charges:

1. Paragraphs 1 through 8 of Count One are realleged and incorporated herein as if fully set forth.

2. On or about August 9, 2000, at McHenry, in the Northern District of Illinois, Western Division,

### RICHARD A. ROGERS,

defendant herein, knowingly executed and attempted to execute the above-described scheme to defraud federally insured financial institutions, namely First Midwest Bank and TCF National Bank, by depositing and causing to be deposited into C.M.B. Construction's First Midwest Bank account a non-sufficient funds check in amount of $17,975 that had been drawn on defendant's TCF National Bank account;

In violation of Title 18, United States Code, Section 1344.

## COUNT ELEVEN

The JUNE 2001 GRAND JURY further charges:

1. Paragraphs 1 through 8 of Count One are realleged and incorporated herein as if fully set forth.

2. On or about August 10, 2000, at Woodstock, in the Northern District of Illinois, Western Division,

>EARL KING,
>JEFFREY WILLIAMS,
>JERROD O. ROGERS,
>RICHARD A. ROGERS,
>EDWIN PETROVICH, and
>QIANA N. HERNANDEZ,

defendants herein, knowingly executed and attempted to execute the above-described scheme to defraud federally insured financial institutions, namely State Financial Bank and First Midwest Bank, by depositing and causing to be deposited into defendant QIANA N. HERNANDEZ's State Financial Bank account a non-sufficient funds check in amount of $16,500 that had been drawn on C.M.B. Construction's First Midwest Bank account;

In violation of Title 18, United States Code, Section 1344.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

No. _____ 00 CR 50037 _____

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.

EARL KING,
JEFFREY K. WILLIAMS,
JERROD O. ROGERS,
RICHARD A. ROGERS,
EDWIN PETROVICH, and
QIANA N. HERNANDEZ

**INDICTMENT**

Violation(s): 18 U.S.C. §§ 1341, 1343 and 1344

A true bill,

_Gerelyn M Lombardi_
Foreman

Filed in open court this 22 day of JANUARY A.D. 2002

_____
Clerk

Bail, $ _____

FILED-WD
02 JAN 22 PM 4:12
CLERK
U.S. DISTRICT COURT