AO 442 (Rev.5/93 WP) Warrant for Arrest

AUSA MONICA V. MALLORY, (815)987-4444

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.

EDWIN PETROVICH

**WARRANT FOR ARREST**

CASE NUMBER: 01 CR 50037-5

DOCKETED
JUN 25 2003

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest, defendant herein, and bring him forthwith to the nearest Magistrate Judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☒ Violation Petition

charging him or her with (brief description of offense):

Violation of Supervised Release

in violation of Title __18__, United States Code, Section(s) __3583__

PHILIP G. REINHARD
Name of Issuing Officer

U.S. DISTRICT JUDGE
Title of Issuing Officer

[signature]
Signature of Issuing Officer

June 18, 2003; Rockford, Illinois
Date and Location

Bail fixed at $ _No bail_  by [signature]
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at FEDERAL COURTHOUSE ROCKFORD, IL | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER  DUSM  GARTH REDBERG | SIGNATURE OF ARRESTING OFFICER  [signature] |
| DATE OF ARREST  06/25/03 | | |